full. Opinion filed April 15, 1952; released for publication May 27, 1952.

T. W. Carroll, Plaintiff-Appellee, v. N. A. Cummings, John Collis, and White River Drilling Company, Defendants. N. A. Cummings, Appellant.

Term No. 52–F–15.

Russell Wilson, for appellant; Craig & Craig, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full. Opinion filed May 1, 1952; released for publication June 5, 1952.

Irene Starns, Plaintiff-Appellant, v. Louis Postawko, Trading as Green Hall, Defendant-Appellee.

Term No. 52–F–11.